IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY V. CAIBY, | : | Civil No. 3:18-cv-1120 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| GARY HAIDLE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of June, 2018, upon consideration of Plaintiff's complaint (Doc. 1), and in accordance with the Court's Memorandum filed this same date,

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed *in forma pauperis* (Doc. 3) is **GRANTED** for the sole purpose of the filing of the action. *See* 28 U.S.C. § 1915(b).

2. The complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge