Mr. Anthony Vone Caiby
No. HX-8170
SCI @ Graterford
P.O. Box 244
Graterford, Pennsylvania 19426-0244

June 20, 2018

FILED
SCRANTON

JUN 20 2018

PER_____

Peter J. Welsh
Clerk of Courts
William J. Nealon Federal Bldg. & Courthouse
235 North Washington Street Ave
P.O. Box 1148
Scranton, Pennsylvania 18501

RE: *Civil Action No. 3:18-cv-1120, and 3:16-cv-644*

Dear Sir:

This is letter in reference to the above referenced case, and the Order, and Opinion filed on June 8, 2018. I am a pro se litigant, not a licensed attorney; and so I know my rights but, not all the particular nuances, and procedure of the law. However, I think that it is a due process violation that I was not given notice or opportunity to appeal.

And, thus I write to you, as I, do not know for certain; the exact rules. I alleged crimes, and obstruction of justice in my complaint. I specifically laid out the causes of action/theory of Deliberate Indifference, State Created Danger, and I specifically detailed an Unconstitutional Policy/Custom, both in the complaint, and supporting exhibits. All of this was allowed to happen within a conspiracy of silence, and included conscious shocking behavior, by those Acting Under Color of State Law, and there agents.

It is my humble opinion that in the interest of justice, and public interest the suit should be allowed back in. As how, could I, be expected to exhaust when I was transferred the next day from a county jail to a state prison with two totally different grievance procedures.

No grievances were available at hand. Not to mention they covered up crimes, and committed other acts; some mentioned some not in the complaint to thwart me. I feel that this would qualify as extraordinary circumstances to allow for the excuse non-exhaustion.

Thank you very much for your time have a wonderful day.

Respectfully,

*Anthony Vone Caiby*
Anthony Vone Caiby


C.C. File
   The Honorable Judge Robert Mariani

P.S. Did you get the proof brief of last week? I, am still under renal/neural control, and the other library is closed so I might have to file hand written documents as word-processors are limited with only one library open.

Name: Anthony Vose Culp
Number: HX-8170
Box 244
Graterford, PA 19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

Hasler
06/18/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 19426
011D12603070

RECEIVED
SCRANTON
JUN 20 2018
PER [signature]
DEPUTY CLERK

Peter J. Welsh
Clerk of Courts
William J. Nealon Fed Bldg & Courthouse
235 N. Washington Ave
P.O. Box 1148
Scranton, Pennsylvania 18501-1148

[Privileged Legal Mail]

18501$1148 B039