# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY V. CAIBY, | Civil No. 3:18-cv-1120 |
| Plaintiff | (Judge Mariani) |
| v. | |
| GARY HAIDLE, et al., | |
| Defendants | |

FILED SCRANTON
JUN 2 8 2018
PER _____ DEPUTY CLERK

## ORDER

**AND NOW**, this 28th day of June, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion (Doc. 13) for reconsideration is **DENIED**.

Robert D. Mariani
United States District Judge