Mr. Anthony Vone Caiby
No: HX-8170
SCI @ Phoenix
P.O. Box 244
Collegeville, Pennsylvania 19426-0244
8/29/18

FILED
SCRANTON
SEP 10 2018
PER ____ DEPUTY CLERK

Peter J. Welsh
Clerk
U.S. District Court for The M.D. Of PA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Street
PO Box 1148
Scranton Pa. 18501-1148

Rt: Caiby V. Heidle et al
3:18-cv-01120, 18-2596, 3:16-cv-644?

Dear Sir:

This letter is to inquire did you investigate the fraud Motion for Reconsideration listed as Docket Entry No 13, for his Memorandum, and Order Of June 2018, 28th to be exact. This was a fraud as I, did not this Motion excuse me submit this Motion. I am still under renal/neural impulse control these people at this prison are out of control, as this technology can kill someone. They are basically using it to torture people.

The Superintendent is doing nothing about it nor is anyone else for that matter. Truthfully, I suspect that suicide cluster where six people took their lives at least some of them can be attributed to this, by tapping into the limbic system this again was used against me to get me to drop 5:18-cv-132 Caiby V. Link et al. Someone needs to call on the Court to stop them, and intervene on our behalf before someone else gets hurt. Thank you very much, have a wonderful day!

Respectfully,
Anthony Caiby
Anthony Vone Caiby
cc: file end

P.S: This case connects to my other action.
now 2017-1914, 8775 CV 2017, 49E GO 2018
to# 2018-0064 Both in the PA CON open records.gov
and 5:18-cv-132
Anthony Von Caiby V. Courts Link et al
same policy

Mr. Anthony Van Cauty
No. HX-8170
SCI @ Phoenix
P.O. Box 244
Graterford, PA 19426-0244

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

FIRST-CLASS MAIL
neopost
09/07/2018
US POSTAGE $000.47⁰
ZIP 19426
041M11225202211

USMS X-RAY

RECEIVED
SCRANTON
SEP 10 2018
_____
DEPUTY CLERK

Peter J. Welsh
Clerk of Courts
William J. Nealon Federal Bldg & U.S. Courthouse
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

18501$1148  B053

Privileged Legal Legal

