UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2396
_____

ANTHONY V. CAIBY,
       Appellant

v.

WARDEN GARY HAIDLE;
DEPUTY WARDEN JOSPEH MCCOY,
Deputy Warden of Security;
JANE/JOHN DOE

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 18-cv-01120)
District Judge:  Honorable Robert D. Mariani

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 20, 2019
Before: GREENAWAY, JR., RESTREPO and FUENTES, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

  This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 20, 2019.  On consideration whereof, it is now hereby
  ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 8, 2018, be and the same is hereby vacated and the matter remanded for further proceedings.

All of the above in accordance with the opinion of this Court.

                                                     ATTEST:

                                                     <u>s/ Patricia S. Dodszuweit</u>
                                                       Clerk

Dated: October 4, 2019