IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY V. CAIBY, | : | Civil No. 3:18-cv-1120 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CYNTHIA LINK, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 8th day of April, 2020, upon consideration of Plaintiff's motion (Doc. 33) for appointment of counsel, and in accordance with the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT** the motion (Doc. 33) is **DENIED** without prejudice.

     *s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge