Mr. Anthony Vone Caiby
No. HX-8170
SCI @ Phoenix
P.O. Box 244
Collegeville, Pa 19426-0244
9-30-20

FILED
SCRANTON
OCT 05 2020
PER [signature] DEPUTY CLERK

Peter Welsh            3:18 CV 1120
Clerk
William J. Nealon federal Bldg & U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, Pa 18501-1148

RE: Request for Medical Records & Proof for cases in Lieu of Reception to Verify

Dear Sir:

Enclosed is the above referenced, requested from the proper persons/staff with numbers for you to call. I look forward to hearing from you soon, have a wonderful day.

Respectfully,
[signature]
Anthony Vone Caiby

cc.file

Encl. 6 pgs

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Medical Records Supervisor | 2. Date: 9/10/20 |
| 3. By: (Print Inmate Name and Number)<br>Anthony Vane Caiby No.<br>_Anthony Vane Caiby_<br>Inmate Signature | 4. Counselor's Name: |
| | 5. Unit Manager's Name:<br>Ms. Olivari |
| 6. Work Assignment:<br>GLP | 7. Housing Assignment:<br>GA 001 cell |

8. Subject: State your request completely but briefly. Give details.

To Whom it May Concern:

I would like to send a copy of my Medical files from SCI Graterford/Phoenix, and the one from Monroe County, received by Dan Passaro former Medical records supervisor, and send them to

Peter J. Welsh                    Kate Barkman, Esquire        Patricia S. Dodszuwell
Clerk                             Clerk                        Clerk
Middl District of Pa              U.S. District Court          Third Circuit Court of Appeals
U.S. Court                        610 Market St                601 Market St
Edward Byrne Federal Bldg & U.S. Courthouse  Phila, Pa 19106   Phila, Pa 19106
235 North Washington Ave                                       Thank you have a wonderful day!
P.O. Box 1148
Scranton Pa, 18501        Forms Enclosed!          Enclosed is a cash slip for each
                                                   plus postage, thank you
                                                                         cc file

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐            To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____    _____ DATE _____
                        Print                         Signature

DC-108
Revised 12/07

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS
AUTHORIZATION FOR RELEASE OF INFORMATION**
(THE EMPLOYEE/INMATE SHALL COMPLETE, CHECK, AND INITIAL ALL BOXES THAT APPLY)

| Name (print) | Inmate/Employee # | Date of Birth | Inmate Social Security # |
|---|---|---|---|
| Anthony Vone Cailey | HX-8170 | 9-24-75 | 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 |

| Medical/Dental Records | Mental Health Records | Drug & Alcohol Treatment Records | HIV Information | Records (General) |
|---|---|---|---|---|

I, the undersigned, hereby give my consent for:
(name and address of facility/responder)
Anthony Vone Cailey No HX-8170
SCI Phoenix Medical Records Supervisor
SCI Phoenix P.O. Box 244
Collegeville, PA 19426-0244

To release information to:
(name and address of requester)
Peter J. Welsh Clerk
U.S. District Court #235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501

I hereby authorize the above named source to release or disclose information related to the above referenced records/information to the requester during the period beginning 9-1-16 and ending 9-24-20.
The information being requested is: medical records from treatment wet-cell etc...

Authorization for disclosure is being given for the purpose of:
Litigation

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment, hospitalization, and/or outpatient care provided to me for the period listed above. I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV). *Authorizations for release of mental health records expire in 180 days.*

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS. HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection.

Disclosure of general information is information contained in an inmate's DC-15. Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances.

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, *(MHPA) 50 P.S. §7101 et seq.*, the Drug and Alcohol Abuse Control Act, *71 P.S. §1690.101 et seq.* and the Confidentially of HIV-Related Information Act, *35 P.S. §7601 et seq.*

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Director/Technician, Health Care Administrator, or Facility Manager. In any event, this authorization will expire *180* days after the date signed, unless revoked prior to that time.

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records. It is understood by the above requester that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect.

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization.

| Employee/Inmate Signature | Date 9/30/20 | Signature of Witness | Date |
|---|---|---|---|

White Copy – Responder          Yellow Copy – Requester          Pink Copy – Inmate

DC-ADM 003, Release of Information Policy                                    Attachment A

DC-108
Revised 12/07

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS
AUTHORIZATION FOR RELEASE OF INFORMATION
(THE EMPLOYEE/INMATE SHALL COMPLETE, CHECK, AND INITIAL ALL BOXES THAT APPLY)**

| Name (print) | Inmate/Employee # | Date of Birth | Inmate Social Security # |
|---|---|---|---|
| Anthony Vore Carlos | HX-8170 | 9-24-75 | 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 |

| Medical/Dental Records | Mental Health Records | Drug & Alcohol Treatment Records | HIV Information | Records (General) |

I, the undersigned, hereby give my consent for:
(name and address of facility/responder)
Anthony Vore Carlos No. HX-8170
S.I. Phoenix Medical Records Supervisor
PO Box 244 SCI Phoenix
Collegeville PA 19426

To release information to:
(name and address of requester)
Patricia S. Dodsunweil
Clerk
U.S. Court of Appeals 601 Market St
Philadelphia, PA 19106-1790

I hereby authorize the above named source to release or disclose information related to the above referenced records/information to the requester during the period beginning __9-1-16__ and ending __9-24-20__.
The information being requested is: __Medical records from sick-calls and all other treatment__

Authorization for disclosure is being given for the purpose of:
__Litigation__

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment, hospitalization, and/or outpatient care provided to me for the period listed above. I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV). **Authorizations for release of mental health records expire in 180 days.**

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS. HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection.

Disclosure of general information is information contained in an inmate's DC-15. Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances.

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, (MHPA) 50 P.S. §7101 et seq., the Drug and Alcohol Abuse Control Act, 71 P.S. §1690.101 et seq. and the Confidentially of HIV-Related Information Act, 35 P.S. §7601 et seq.

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Director/Technician, Health Care Administrator, or Facility Manager. In any event, this authorization will expire *180* days after the date signed, unless revoked prior to that time.

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records. It is understood by the above requester that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect.

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization.

| _Anthony Vore Carlos_ | 9/30/20 | | |
|---|---|---|---|
| Employee/Inmate Signature | Date | Signature of Witness | Date |

White Copy – Responder        Yellow Copy – Requester        Pink Copy - Inmate

**DC-ADM 003, Release of Information Policy**                                    **Attachment A**

DC-108
Revised 12/07

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
AUTHORIZATION FOR RELEASE OF INFORMATION
(THE EMPLOYEE/INMATE SHALL COMPLETE, CHECK, AND INITIAL ALL BOXES THAT APPLY)

| Name (print) | Inmate/Employee # | Date of Birth | Inmate Social Security # |
|---|---|---|---|
| Anthony Vone Colby | HX-8170 | 9-24-70 | 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 |

| Medical/Dental Records | Mental Health Records | Drug & Alcohol Treatment Records | HIV Information | Records (General) |
|---|---|---|---|---|

I, the undersigned, hereby give my consent for:
(name and address of facility/responder)
Anthony Vone Colby HX-8170 SCI Phoenix
P.O. Box 244 Collegeville Pa 19426-0244
SCI Phoenix Medical Records Supervisor
PO Box 244 SCI Phoenix Collegeville, Pa 19426

To release information to:
(name and address of requester)
Kate Barkman, Esquire
Clerk
U.S. District Court 610 Market St
Philadelphia, PA 19106

I hereby authorize the above named source to release or disclose information related to the above referenced records/information to the requester during the period beginning 9-1-14 and ending 9-24-20.
The information being requested is: Medical records, sick-calls, evaluations, etc.

Authorization for disclosure is being given for the purpose of:
Litigation

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment, hospitalization, and/or outpatient care provided to me for the period listed above. I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV). *Authorizations for release of mental health records expire in 180 days.*

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS. HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection.

Disclosure of general information is information contained in an inmate's DC-15. Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances.

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, (MHPA) 50 P.S. §7101 et seq., the Drug and Alcohol Abuse Control Act, 71 P.S. §1690.101 et seq. and the Confidentially of HIV-Related Information Act, 35 P.S. §7601 et seq.

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Director/Technician, Health Care Administrator, or Facility Manager. In any event, this authorization will expire *180* days after the date signed, unless revoked prior to that time.

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records. It is understood by the above requester that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect.

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization.

| Anthony Vone Colby | 9/30/20 | | |
|---|---|---|---|
| Employee/Inmate Signature | Date | Signature of Witness | Date |

White Copy – Responder     Yellow Copy – Requester     Pink Copy - Inmate

DC-ADM 003, Release of Information Policy                                    Attachment A

## Important Facts

1. SCI Graterford Survailance Video No. 91-16-7-11-18 Anthony Vone Caiby No. HX-8170

1. E-Blk A2-41, cell 2. A blk A-2-41 cell, 3 D Blk B-1-12 cell, 4. D Blk B-1-81 cell

Video No. **778321489-9-116-7-11-18.**

2. Incident of 9-29-17 survailance at 3;01 A.M. EDT Video No. **7783921486-9-30-17**, in Retalitory Response to a letter dropped in the SCI Graterford mail box to the O.S.S.I. ( Office of Straegic Intelligence, and investigation)

Suffered a deep laceration to the webbing of my left finger between the index, and the middle finger, and a deep laceration under my left eye went to work in the New-side law library co-workers, and other staff wittnessed me injured yet this was not reported, went tosick-call given neosporin, DR. asked how i got cut? "long story"

Teflon Tape No. **7783924183-9-29-17-9-30-17** SCI Graterford D-blk, & whole prison transcribed; and communiques & video email @ **7739244862**,

Sattilite video No. **778392186-9-29-17-9-30-17,**

Sattilite battlefeild wound scans assessment No. **77839421876321-9-29-17-9-20-17**

All @ **7789321962184-7-5-12-present**

Medical file No. **778392187-9-1-16-present**

SCI Phoenix Videos No. **77837218321-7-11-18-present**

Battlefeild wound assessments Nos. **778321876321-9-1-16-present**

Video of Every State, & Federal Prison, and County jail within the Commonwealth of Pennsylvania. Inmates, and employees **779949387732184921164-9-1-07-present**

Pa. DOC 649 Scans No. **68321921084-9-1-16-present, 778932186-9-1-16-present**

Investigative File No. **77839219346-7-5-12-present**

I, was cut by cellmate Hasan Hill No. **LX-0009**, I went on two visits where my family witnessed me cut 10-5-17, & 10-6-17 , family members mother Ruth D. Caiby, Devon Vone Caiby, & Sandell T. Dingle, as seen on Pa. DOC video No. **778321474-10-5-17**, &, **77832575-10-6-17** SCI Graterford visiting room Sgt. Carter, and others present both visits. Wittnessed the injuries, and we took pictures that I, submitted as exhibits in law suits, which were mentioned in Judicial Opnions. (**19-2414** *Caiby V. Ferguson et al.*)

Sattilite video No. **774321876324-6-4-17-present**

**ID Scans No. 792-792-10-5-17, & 784-787-10-6-17**
Log-book entry No.709-10-5-17,& Log book entry No. 710-10-6-17
and 684-9-24-75,  Cut by cellmate hasan Hill NO. LG0009, in the early morng hours of 9-29-17-9-30-17,
PNC Check No. 79496-6-3-17
PNC Check No. 76384-4-8-17
PNC Check No.  773924-3-8-17
PNC Check No. 778624-3-1-17



Mr. Anthony V. One Cliby
No. HX-8178
SCI @ Phoenix
P.O. Box 244
Collegeville, PA 19426-0244

Privileged Legal Mail

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost 10/01/2020
US POSTAGE $000.15⁰
ZIP 19426
041M12252211

Peter J. Welsh
Clerk
William J. Nealon Federal Bldg & U.S. Courthouse
U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
OCT 05 2020
PER _____
DEPUTY CLERK