Mr. Anthony Voe Caby
NO. HX-0170
SCI @ Phoenix
P.O. Box 244
Collegeville, Pa 19426
1-5-22

Peter J. Welsh
Clerk
Middle District of Pa
P.O. Box 1148
Scranton, Pa 18501

RE: Coby v. Hicks et al
18-01120, b-641

The reason for this letter is to inform you that some stole my coap and kt commissay re-up $3.10 to $7.00 more than enough to copy. I am ready, just need copies.

Next the consulate's letter from Promo Care, then first the I did send to the prthe Prive Care and the got Unmailed without delivery and investigation the True/John Does which the Law says I'm not required to have even at summary judgment. Thank you respectfully,

Anthony Voe Caby

Mr. Anthony Vreo Berg
No. HX-8175
SCI-A Phoenix
PO Box 244
Collegeville, PA 19426

RECEIVED SCRANTON JAN 11 2022 PER [signature] DEPUTY CLERK

Provided (by) Mail

Peter T. Welsh
Clerk
U.S. District Court
M.D.h. District PA
235 N. Washington Ave
PO Box 1148
Scranton, PA 18501

"Inmate Mail - PA DEPT. OF CORRECTIONS"
FOREVER USA
Barn Swallow