IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY V. CAIBY, | : | Civil No. 3:18-cv-1120 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN GARY HAIDLE, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON

MAR 0 3 2022

Per _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 3rd day of March, 2022, upon consideration of the motion (Doc. 67) to dismiss filed by PrimeCare Medical, Inc., and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 67) is **GRANTED**.

2. On or before March 16, 2022, Plaintiff shall file an amended complaint with respect to his claims against PrimeCare Medical, Inc.

3. Failure to timely file an amendment will result in dismissal of all claims against PrimeCare Medical, Inc. without further notice of Court.

_____
Robert D. Mariani
United States District Judge