IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY V. CAIBY, | : | Civil No. 3:18-cv-1120 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN GARY HAIDLE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 27th day of July, 2022, upon consideration of the County Defendants' motion (Doc. 82) for summary judgment, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 82) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Gary Haidle, Joseph McCoy, and Monroe County, and against Plaintiff.

3. The action against John and Jane Doe is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge