IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY V. CAIBY, | : | Civil No. 3:18-cv-1120 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN GARY HAIDLE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 16th day of December, 2022, upon consideration of PrimeCare Medical, Inc.'s motion (Doc. 97) to dismiss the amended complaint, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 97) is **GRANTED**. The amended complaint (Doc. 95) against PrimeCare is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

        s/ Robert D. Mariani
        Robert D. Mariani
        United States District Judge